Order entered December 19, 2012

 [pic]

 In The
 Court of Appeals
 Fifth District of Texas at Dallas

 No. 05-12-00888-CR
 No. 05-12-00889-CR

 Don Alfonso Williams, Appellant

 V.

 The State of Texas, Appellee

 On Appeal from the Criminal District Court No. 7
 Dallas County, Texas
 Trial Court Cause Nos. F10-16710-Y, F10-16711-Y

 ORDER

 The Court has before it appellant's December 6, 2012 "motion to abate
appeal to determine trial court's jurisdiction." Appellant asserts that he
was a juvenile at the time the offenses in these cases were committed and
that the records before the Court do not contain the packet certifying a
transfer from juvenile court to district court. Appellant asks that the
trial court make findings regarding whether the records can be supplemented
with the certification packet. We GRANT appellant's motion.
 We ORDER the trial court to make findings regarding whether the
records in these appeals can be supplemented with the packet, including the
order, certifying appellant's transfer from juvenile court to district
court. We ORDER the trial court to transmit a supplemental record
containing its written findings of fact, any orders, and any supporting
documentation to this Court within THIRTY DAYS of the date of this order.
 We DIRECT the Clerk to send copies of this order, by electronic
transmission, to the Honorable Michael Snipes, Presiding Judge, Criminal
District Court No. 7, and to counsel for all parties.
 We ABATE the appeals to allow the trial court to comply with this
order. The appeals shall be reinstated thirty days from the date of this
order or when the findings are received.

 /s/ DAVID L. BRIDGES
 JUSTICE